# COMPLAINT

## (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JUL 12  A 11: 58

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Jason M. Parker

v.

(Full name of defendant(s))

Kenosha County Sheriff's Department

Kenosha County Detention Center

Kenosha County Correctional Health Services

Kenosha County Jail Pre-Trial Facility

Case Number:

## 17-C-0953

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of _____Wisconsin_____, and is located at
                                        (State)

_____
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant KCSD, KCDC, KCCHS, KCJ
                                                            (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for (KCSD) 1000 55TH STREET 53140 (KCDC) 4777 88TH AVE 53144 KENOSHA WI

(KCJ) (KCCHS)     Kenosha WI

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

THE PLAINTIFF JASON PARKER IS AN INMATE AT KENOSHA COUNTY JAIL PRE-TRIAL FACILITY IN KENOSHA, WISCONSIN. ON JAN. 28 - JULY. 07, 2017. THE DEFENDANTS KENOSHA COUNTY SHERIFF'S DEPARTMENT, KENOSHA COUNTY DETENTION CENTER, KENOSHA COUNTY CORRECTIONAL HEALTH SERVICES, AND KENOSHA COUNTY JAIL PRE-TRIAL FACILITY HAVE BEEN DELIBERATELY RETALIATING AGAINST PARKER ME FOR FILING A SEXUAL ABUSE CASE AGAINST ONE OF THEIR OFFICERS LAST NOVEMBER 2016 C.O. ARMOUR, PLAINTIFF I HAVE BEEN SUFFERING LOSS OF ENJOYMENT. SUFFERING MENTALLY, PHYSICALLY, AND EMOTIONALLY. KENOSHA COUNTY SHERIFF'S AND KENOSHA COUNTY CORRECTIONAL HEALTH SERVICES ALONG WITH KCJ HAVE DEPRIVED PARKER ME OF HIS MY RIGHTS, PRIVILEGES, AND IMMUNITIES

Complaint – 2

KENOSHA COUNTY SHERIFF'S DEPARTMENT AND KENOSHA COUNTY JAIL HAS
IGNORED MY [THE PLAINTIFF'S] JUDGE'S SENTENCING. I [PLAINTIFF PARKER] HAVE SUFFERED CRUEL AND
UNUSUAL PUNISHMENT BY BEING PLACED IN SEGREGATION AND
SPENDING THE OTHER DURATION OF MY [HIS] TIME ON INTAKE BLOCKS.
I [PARKER] HAVE BEEN RETALIATED AGAINST FOR EXERCISING MY CONSTITUTIONALLY
PROTECTED FIRST AMENDMENT RIGHT. I [PLAINTIFF] HAVE A RIGHT TO BE FREE
FROM RETALIATION. OFFICER'S HAVE BEEN THROWING ME [PARKER] IN AND OUT
OF SEGREGATION DURING MY STAY IN KENOSHA COUNTY JAIL PRE TRIAL
FACILITY AND BANNED ME [THE PLAINTIFF] FROM THE KCDC FACILITY IN RETALIATION
OF ME [PARKER] FILING A COMPLAINT, GRIEVANCES, AND LITIGATION. I [PLAINTIFF] HAVE
BEEN FORCED TO DO HARD TIME ON INTAKE BLOCKS DEPRIVING
ME [HIM] OF A LOT OF PRIVILEGES, SUCH AS BETTER FOOD, FRESH AIR, CLOTHING
AND WORK PROGRAMS. KENOSHA COUNTY CORRECTIONAL HEALTH SERVICES
HAS BEEN DELIBERATELY IGNORING MY [THE PLAINTIFF'S] MEDICAL NEEDS. THE
PLAINTIFF HAS WITNESSES AND DOCUMENTS AND RECEIPTS TO
PROVE HIS CASE. THE PLAINTIFF SEEKS DAMAGES FROM
KCSD, KCDC, KCCHS, KCJ

Complaint – 3

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

                    OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

WHAT I WOULD LIKE THE COURT TO DO IF I WIN THIS LAWSUIT IS TO AWARD ME DAMAGES IN THE AMOUNT OF $10 MILLION DOLLARS.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___07___ day of _____July_____ 20_17_.

Respectfully Submitted,

_Jason Parker_
Signature of Plaintiff

___# 196___
Plaintiff's Prisoner ID Number

_(Currently) Kenosha County Jail Pre Trial Facility 1000 55TH street 53140_

_(Home) 6411 39TH Ave Kenosha, Wisconsin 53142_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑    **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5